**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Kenneth Watt,                                                  Case No: 3:22-CV-01827-JGC

       Plaintiff,

   v.                                                       ORDER

Commissioner of Social Security,

       Defendant.

This is an appeal from the denial of Social Security benefits. I referred the petition to

Magistrate Judge Carmen Henderson for a Report & Recommendation, which Judge Henderson

has filed (Doc. 13). In the Report & Recommendation, Judge Henderson has duly notified the

petitioner of the deadline for filing objections. That time has passed without the petitioner having

filed timely objections.

On *de novo* review, I find the Report & Recommendation well-taken in all respects.

Accordingly, it is hereby ORDERED THAT the Magistrate Judge's Report &

Recommendation (Doc. 13) be, and the same hereby is, adopted as the order of this Court, and

the petition be, and the same hereby is, denied and dismissed with prejudice.

SO ORDERED.

                              */s/ James G. Carr*
                              Sr. U.S. District Judge